IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00918-ZLW-MJW

CHRISTINE GRANT

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

    Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Defendant's Motion to Vacate and Reset Scheduling Conference. (Doc. 8.)

Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. The Scheduling Conference set for June 22, 2009, is hereby vacated and reset for July 27, 2009 at 7:00 AM. The parties shall submit a Proposed Scheduling Order no later than five business days prior to the Scheduling Conference. The parties shall submit a Confidential Settlement Statement to the Magistrate Judge no later than five business days prior to the Scheduling Conference. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) no later than five business days prior to the Scheduling Conference.

BY THE COURT: June 4, 2009

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO